■ In the Matter of SYNERGY, LLC, et al., Appellants, v SUSAN KIBLER, Assessor, Town of Covington, et al., Respondents, and WYOMING CENTRAL SCHOOL DISTRICT, Intervenor-Respondent. (Appeal No. 2.) [997 NYS2d 651]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 23, 2013. The order denied petitioners' motion for leave to reargue and/or renew.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Matter of Synergy, LLC v Kibler* ([appeal No. 1] 124 AD3d 1261 [2015]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.